```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:22-00122

ALEXIS RANSON

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant for a continuance of the sentencing hearing in this matter. For good cause shown and there being no objection by the government, the motion is GRANTED. The sentencing hearing will be held at 11:00 a.m. on January 10, 2023, in Charleston.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 9th day of November, 2022.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge